**FILED**

UNITED STATES COURT OF APPEALS

**NOV 20 2007**

FOR THE NINTH CIRCUIT

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| JOANNA FELIZA ALARCA PAZ; et al., | No. 06-75801 |
| Petitioners, | Agency Nos. A99-463-513<br>A46-927-809 |
| v. · | |
| MICHAEL B. MUKASEY, Attorney<br>General, | ORDER |
| Respondent. | |

Before: McKEOWN, TALLMAN and CLIFTON, Circuit Judges.

Respondent's motion to dismiss this petition for review for lack of

jurisdiction is granted. *See* 8 U.S.C. § 1252(a). The court lacks jurisdiction over

this petition for review because petitioners' challenge to the Board of Immigration

Appeals' ("BIA") decision was not brought in the context of a challenge to a final

order of removal. *See Lopez-Ruiz v. Ashcroft*, 298 F.3d 886 (9th Cir. 2002).

To the extent petitioners may seek review of the BIA's decision affirming

the denial of the I-130 visa petition, they must attempt to do so in district court.

*See Spencer Enterprises, Inc., v. United States*, 345 F.3d 683, 687-92 (9th Cir.

2003). Without deciding whether there is jurisdiction to entertain this petition,

the court *sua sponte* transfers this petition for review to the District Court for the

06-75801

Northern District of California. Upon transfer of the petition, the Clerk shall close

this case.

**TRANSFERRED.**